IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:23MJ- 224 |
| v. ) | |
| ) | Court Date: November 6, 2023 |
| ALEXANDER COVILL, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor–E1610833)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 25, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER COVILL, unlawfully drove and operated a motor vehicle while he had a blood alcohol concentration of 0.08 grams or more per 210 liters of breath, as indicated by a chemical test, to wit: 0.29.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 18.2-266(i).)

## Count II (Class A Misdemeanor)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about August 25, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER COVILL, unlawfully drove and operated a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 18.2-266(ii).)

Count III (Class A Misdemeanor–E1610832)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about August 25, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER COVILL, the driver of a vehicle involved in an accident resulting in damage to other attended vehicles, willfully, unlawfully, and knowingly left the scene of the accident without reporting his name, address, driver's license number, and vehicle registration number to the State Police, local law enforcement agency, and drivers of the other vehicles.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 46.2-894.)

## Count IV (Misdemeanor–E1610834)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 25, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER COVILL, the driver of a vehicle involved in an accident resulting in damage to an unattended vehicle, willfully, unlawfully, and knowingly left the scene of the accident without making a reasonable effort to find the owner or custodian of such property and report the accident to the State Police or other local law enforcement agency.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 46.2-896.)

Count V (Class A Misdemeanor–E1610835)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 25, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER COVILL, drove a motor vehicle on the premises of a recreational facility in a manner so as to endanger life, limb and property of any person.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 46.2-864.)

Count VI (Misdemeanor E1610831)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 25, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER COVILL, drove a motor vehicle upon a highway recklessly in a manner so as to endanger life, limb and property of any person.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 46.2-852.)

## Count VII (Petty Offense–E1610836)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about August 25, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER COVILL, the driver of a vehicle, made an improper turn resulting in property damage.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 46.2-846.)

Count VIII (Misdemeanor E1610830)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 25, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER COVILL, failed to drive his vehicle entirely within a single lane.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 46.2-804.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: *[signature]*

M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, a true and correct copy of the Criminal Information was sent to counsel for the defendant via E-mail.

By: _____
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov